1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6             **DISTRICT OF NEVADA**

7    | LAMBORGHINI ARTIMARFCA, SpA,          2:10-CV-1821 JCM (PAL)
8
     |          Plaintiff,
9
10   | v.
11   | FASTWARES, LLC,
12   |          Defendant.
13

14                    **ORDER**

15        Presently before the court is plaintiff Lamborghini Artimarca, SpA's motion for default

16   judgment. (Doc. #11).

17        Pursuant to Federal Rule of Civil Procedure 55(a) "[w]hen a party against whom a judgment

18   for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by

19   affidavit or otherwise, the clerk must enter the party's default." Federal Rule of Civil Procedure

20   55(b)(2) provides that a court may enter a default judgment after the party seeking default applies

21   to the clerk of the court as required by subsection (a) of this rule.

22        Here, defendant has been duly served (*see* doc. #7), but has failed to respond to the

23   complaint. Accordingly, plaintiff applied to the clerk of the court for entry of default against

24   defendant on December 3, 2010 (doc. #8), and the clerk entered default on December 6, 2011, (doc.

25   #9). Plaintiff now asks this court to enter judgment against the defendant, and the court finds that

26   judgment to be proper under Rule 55.

27
28

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's application for entry of default judgment (doc. #11) is GRANTED.

IT IS FURTHER ORDERED that the plaintiff shall prepare and submit an appropriate final judgment for the court's review and signature.

DATED March 18, 2011.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -