NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
BRIAN K. WALTERS
Nevada Bar No. 9711
**MORRIS POLICH & PURDY LLP**
3883 Howard Hughes Parkway, Suite 560
Las Vegas, Nevada 89169
bwalters@mpplaw.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorneys for Lamborghini ArtiMarca, SpA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAMBORGHINI ARTIMARCA, SpA, an Italian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTWARES, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:10-CV-01821-JCM-PAL<br><br>**DEFAULT JUDGMENT** |

This cause having come on without hearing before the Court on Plaintiff's Motion for Entry of Default Judgment [DE 11], and the Court having reviewed Plaintiff's Motion and Memorandum of Law attached thereto, and the Court having noted that the Clerk of this Court, on December 6, 2010, entered a default against the Defendant, FASTWARES, LLC, (the "Defendant") [DE 9] for the relief sought by Plaintiff in its Complaint, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Entry of Default Judgment is hereby GRANTED; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that said judgment in the total amount of $302,172.67 is itemized as follows:

    1.    $285,723.53 representing compensatory damages;

2. Costs of suit in the amount of $599.72; and

3. Prejudgment interest at the per diem rate of $26.37, calculated at 5.25% per annum from July 10, 2010 in the total amount of $15,849.42 through March 22, 2011; and

4. Post Judgment interest at the prevailing rate from March 22, 2011 until the Judgment is paid in full pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of the matter for the purposes of enforcement of this Final Judgment.

**DONE and ORDERED** in Chambers this 5th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**MORRIS POLICH & PURDY LLP**

By: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
BRIAN K. WALTERS
Nevada Bar No. 9711
3883 Howard Hughes Parkway, Suite 560
Las Vegas, Nevada 89169
bwalters@mpplaw.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorneys for Lamborghini ArtiMarca, SpA*